STATE of Missouri, Plaintiff–
Respondent.

v.

Brian L. FRANKS, Defendant–Appellant.

No. 72052.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 11, 1997.

Gary E. Brotherton, Defender, Asst. Public Defender, Columbia, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

Defendant appeals the judgment entered pursuant to his jury conviction for first degree assault and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Kevin CARPENTIER, Appellant,

v.

DIRECTOR OF REVENUE, STATE
OF MISSOURI, Respondent.

No. 71775.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 11, 1997.

William Kieran Meehan, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Kevin Carpentier, appeals the judgment of the Circuit Court of St. Louis County sustaining the suspension of his driving privileges by respondent, the Director of Revenue for the State of Missouri, for driving a motor vehicle while his blood alcohol content was .10 percent or more. *See* RSMo section 302.505 (1994). We affirm.

We have reviewed the briefs of the parties, the legal file and the transcript and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As we further find an extended opinion serves no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).